UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EUGENE ANTONIO BICKLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:13-CV-1504-TIA |
| ) | |
| MICHAEL S. BOWERSOX, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is defective because it has not been filed on a court-provided form. *See* Local Rule 2.06(A).[1] Furthermore, petitioner has failed to properly initiate this case, because he has neither paid the $5 filing fee nor submitted a "Motion to Proceed In Forma Pauperis and Affidavit in Support – Habeas Cases." *See* 28 U.S.C. §§ 1914 -15.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than thirty (30) days from the date of this Order, petitioner shall either pay the $5 filing fee or submit a "Motion to Proceed In Forma Pauperis and Affidavit in Support – Habeas Cases."

---

[1] The petition is also defective because it is unsigned. *See* Fed. R. Civ. P. 11. Petitioner must sign his amended petition before filing it with the Court.

**IT IS FURTHER ORDERED** that petitioner must file an amended petition on the Court-provided form.

**IT IS FURTHER ORDERED** that the Clerk shall mail to petitioner (1) a copy of the Court's form "Motion to Proceed In Forma Pauperis and Affidavit in Support – Habeas Cases"; and (2) a copy of the Court's form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Order, this action will be dismissed without prejudice and without further notice to him.

Dated this    5th    day of August, 2013.

                    /s/ Terry I. Adelman
            UNITED STATES MAGISTRATE JUDGE